UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **JOYCE MARIE TAVAREZ**, <br><br> Plaintiff, <br><br> v. <br><br> **COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION**, <br> Defendant. | Case No. 6:18-cv-00191-JR <br><br> ORDER |

**MOSMAN, J.**,

The Court, having read the affirmation and supporting Memorandum from the attorneys for Plaintiff in the above-captioned case, in support of a motion for an award of Equal Access to Justice Act fees in accordance with 28 U.S.C. § 2412,

**IT IS ORDERED** that the motion for Equal Access to Justice fees in the amount of $5,281.92 be granted and costs be granted in the amount of $400.00, payable from the Judgment Fund. Subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), payment of this award shall be sent to Plaintiff's attorney, Charles E. Binder, at his address.

Dated this 28th day of February, 2019

*Michael W. Mosman*
Michael W. Mosman
Chief United States District Judge